IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| IN RE: | Case No. 20-17916-TBM |
| MICHAEL EDWARD BLANDFORD | |
| LISA PAIGE BLANDFORD | Chapter 7 |
| Debtors. | |
| BaseCamp GMD, LLC, | |
| vs. | |
| Michael Edward Blandford and Lisa Paige Blandford, and Jeffrey L. Hill, Chapter 7 Trustee | |

**MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362**

Movant, BaseCamp GMD, LLC ("BaseCamp"), through counsel, and pursuant to 11 U.S.C. §362(d)(2), requests that this Court enter its orders permitting BaseCamp to foreclose its judgment lien on real property located at 2659 South Lafayette Street, Denver, Colorado 80210. In support thereof, BaseCamp states as follows:

1.  Debtors, Michael Edward Blandford and Lisa Paige Blandford ("Debtors") filed a Petition for Relief Under Chapter 7 of the United States Bankruptcy Code on July 14, 2020.

2.  Jeffrey L. Hill was appointed Chapter 7 Trustee and continues to act in said capacity.

3.  Debtors are the owners of a parcel of real property located at 2659 South Lafayette Street, Denver, Colorado 80201 (the "Property").

4.  In their Schedules, the Debtors list the value of the Property as $899,200.00.

5. The Debtors claim a Homestead Exemption of $75,000.00 in the Property.

6. The Debtors' Schedules also list a First Deed of Trust against the Property in favor of JPMCB Home in the outstanding balance of $602,261.00.

7. BaseCamp holds a Judgment Lien against the Property resulting from the recording of a Transcript of Judgment with the Clerk and Recorder of Denver County, Colorado, on April 21, 2020, at Reception No. 2020054475, in the original amount of $227,967.24. A copy of the recorded transcript of judgment is attached as Exhibit A

8. BaseCamp holds a separate and distinct judgment lien against the Property as a result of a recording of a Transcript of Judgment with the Clerk and Recorder of Denver County, Colorado, on April 21, 2020, at Reception No. 2020054474 in the principal amount of $37,610.98. A copy of the recorded transcript of judgment is attached as Exhibit B

9. Both of the judgments remain outstanding and unpaid.

10. Based upon the outstanding balance of the encumbrances against the Property together with the Debtors' Homestead Exemption, there exists no equity in the Property to be administered by the Trustee for the benefit of the Creditors of the estate.

11. Cause exists to terminate the stay pursuant to 11 U.S.C. §362(d)(2) insofar as the Estate does not have any equity in the Property, and such Property is not necessary to an effective reorganization because this is a liquidation proceeding.

11. This Motion is supported by the attached affidavit, Exhibits C, concerning military status in compliance with the Service Members Civil Relief Act of 2003 and General Procedure Order 2005-2 effective August 1, 2005.

WHEREFORE, Movant respectfully requests that the Court enter its orders terminating the automatic stay of 11 U.S.C. §362, to permit Movant to foreclose its Judgment Liens on the Property located at 2659 South Lafayette Street, Denver, Colorado 80210.

Respectfully submitted this 28th day of May, 2021.

        BURNS, WALL AND MUELLER, P.C.
        *[Original Signature on File at Counsel's Office]*

By /s/ Robert T. Cosgrove, #12217
    Robert T. Cosgrove    Atty. Reg. #12217
    303 E. 17th Ave., Suite 920
    Denver, CO 80203-1260
    Phone: 303-830-7000
    rcosgrove@bwsm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 28, 2021, the foregoing was electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Devon Michael Barclay
Attorney for Debtor(s)
Via CM/ECF

U.S. Trustee
Via CM/ECF

Jeffery L. Hill
Chapter 7 Trustee
Via CM/ECF

The undersigned certifies that on May 28, 2021, the foregoing was served via U.S. Mail, postage pre-paid, on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

Michael Edward Blandford
Lisa Paige Blandford
2659 S Lafayette Street
Denver, CO 80210

        /s/ Debra K. Ludwig
        Debra K. Ludwig
        Burns, Wall and Mueller, P.C.

3