UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-17916-TBM |
| MICHAEL EDWARD BLANDFORD ) | |
| LISA PAIGE BLANDFORD ) | Chapter 7 |
| SSNs:  XX-XXX-7602 ) | |
|            XX-XXX-9017 ) | |
| ) | |

**MOTION TO AVOID JUDICIAL LIEN**

Comes now Lisa Blandford, by and through her undersigned counsel, and hereby moves for this Court to enter an Order avoiding a judicial lien on the grounds set forth below:

(1) Debtor commenced the above-captioned Chapter 7 Bankruptcy case on 12/20/2020 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (Docket No. 1).

(2) Pursuant to 28 U.S.C. § 1334, this Court has jurisdiction over the present action filed under 11 U.S.C. § 522(f) to avoid and cancel a judicial lien held by Basecamp GMD LLC on real property used as the Debtor's primary residence.

(3) The Debtor claims a homestead exemption in the equity they hold in the subject real property pursuant to C.R.S. §38-41-201(1)(b).

(4) Debtor's entitlement to an exemption is impaired by a judicial lien held by Basecamp GMD LLC, the details of which are as follows:

   a) BaseCamp GMD LLC v. Michael Blandford
   b) Judgment Case Number: 20CV30222
   c) Judgment Date: 4/10/2020
   d) The Judicial Lien was recorded on 4/21/2020
   e) The Recording number is 2020054475

(5) The property claimed to be exempt is described as follows:

L 33 & 34 BLK 79 EVANSTON 2ND FLG

More Commonly Known As:

2659 S Lafayette St, Denver, CO 80210

(6) The address above is the Debtor's primary place of residence.

(7) Debtor acquired the property claimed as exempt on the following date: 2010.

(8) Per Debtor's Schedule A, the alleged fair market value of the real property claimed as exempt is: $899,200.00. Debtor is entitled to half of the value, or $449,200.

(9) The subject real property is encumbered by the following liens:

| Name of Lien holder | Date Recorded | Current Lien Amount | Number |
|---|---|---|---|
| Chase Home Mortgage | 2010 | $ 602,261 | unknown |
| BaseCamp GMD LLC | 4/21/2020 | $ 403,756 | 2020054475 |
| BaseCamp GMD LLC | 4/21/2020 | $ 37,610.98 | 2020054474 |

(10)     Formula
   (1) Determine the value of the property on which a judicial lien is sought to be avoided.
        $449,600.
   (2) Deduct the amount of all liens not to be avoided from (1).
        $449,600 - $602,261.00 (First Deed of Trust through Chase Home Mortgage) - $37,610.98 = (-190,272)
   (3) Deduct the Debtor's allowable exemptions from (2).
        ($190.272) - $75,000.00 = ($265,272)
   (4) Avoidance of all judicial liens results, unless (3) is a positive figure.
   (5) If (3) does result in a positive figure, do not allow avoidance of liens, in order of priority, *to that extent only*.

9) Debtor has attached copies of the following documents in support of the Motion:
   b) Recorded Abstract of Judgment for the lien to be removed

The Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt in the Debtor's bankruptcy case. Therefore, the existence of the lien by BaseCamp GMD LLC on Debtor's real property impairs exemptions to which the Debtor would be entitled under C.R.S. §38-41-201(1)(b).

WHEREFORE, Debtor prays for an order against *BaseCamp GMD LLC.* avoiding and cancelling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Dated this 27th of June, 2021.

Respectfully submitted,
*/s/Devon M. Barclay*
Devon M. Barclay, #52663
DEVON BARCLAY, PC
2435 Ingalls Street
Denver, CO 80214
Phone: 720-515-9887
devon@devonbarclaypc.com