**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>MICHAEL E. BLANDFORD,<br>LISA P. BLANDFORD,<br><br>Debtors. | Bankruptcy Case No. 20-17916 TBM<br>Chapter 7 |

___

### ORDER ON MOTION TO ABANDON PROPERTY
___

THIS MATTER comes before the Court on the "Motion for an Order Directing the Trustee to Abandon Property from the Estate" (Docket No. 44, the "Motion"), filed by Debtors on June 13, 2021. The Court, being otherwise advised, hereby

FINDS that the property at issue hereby has inconsequential value and benefit to the estate. Accordingly, it is hereby

ORDERED that the Motion is GRANTED. The Trustee shall abandon any claim he has upon said real property located at 2659 S Lafayette Street, Denver CO 80210.

DATED this 12th day of July, 2021.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara
United States Bankruptcy Court Judge