IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-17916-TBM |
| MICHAEL EDWARD BLANDFORD | |
| LISA PAIGE BLANDFORD | CHAPTER 7 |
| Debtors. | |

## **OBJECTION TO MOTION TO AVOID JUDICIAL LIEN (DOC #54)**

BaseCamp GMD, LLC ("BaseCamp"), objects to the Motion of Lisa Blandford to avoid a judicial lien, and as grounds therefor, states as follows:

1. BaseCamp is the holder of a judgment lien arising out of a judgment entered jointly and severally against the Debtors, Michael Edward Blandford and Lisa Paige Blandford, in the principal amount of $37,610.98. The judgment bears interest at the rate of 18% per annum and, as of December 20, 2020, the date of the filing of the Debtors' Bankruptcy Petition, the outstanding balance of the judgment was $43,601.95.

2. BaseCamp duly perfected and created the judgment lien by the recording of a Transcript of Judgment on April 21, 2020, at Reception No. 2020054475 with the Denver County Clerk and Recorder.

3. The judgment lien encumbers the Debtors' residence at 2659 South Lafayette Street, Denver, Colorado 80210, which they own as joint tenants.

4. Lisa Blandford has filed a Motion to Avoid the Judgment Lien claiming that it impairs her homestead exemption.

5.  BaseCamp objects to the estimated value used by the Debtor of $899,000 without setting forth any basis for the valuation. All online valuation sites, such as Zillow, Redfin, and Realtor.com, provide an estimated valuation in December of 2020 of $1,100,000.

6.  Irrespective of the valuation, the Debtor has used an incorrect formula to determine whether the homestead exemption is impaired or not. In this instance, the Debtor starts with one-half of the value of the property; deducts from that, 100% of the first mortgage lien asserted against the property; and then deducts 100% of the marital homestead exemption in an attempt to show that there is no equity in the property for the judgment lien to attach to.

7.  As set forth in *In Re Huff*, 2011 Bankr. LEXIS 4714 (Bankr. S.D. Ala. 2011) the proper formula to be used in determining whether a judicial lien encumbering an undivided one-half interest in real property is to take the value of the entire property, less 100% of the senior liens encumbering the property, and then dividing that in half to reach the value of the debtor's half interest in the property, and then deducting therefrom one-half of the homestead exemption. Applying that formula in this situation results in the following:

| | |
|---|---|
| Value of Property | $899,200.00 |
| Amount of First Mortgage | $602,261.00 |
| Value of Debtors' One-Half Interest in Property | $148,469.50 |
| Less One-Half Homestead Exemption | $37,500.00 |
| TOTAL Unimpaired Net Equity in Property | $110,969.50 |

8.  Based upon the application of the proper formula, it is clear there exists sufficient equity in the property to support BaseCamp's judgment lien, even using the Debtor's valuation, and therefore, the Debtor's Motion must be denied.

Respectfully submitted this 16th day of July, 2021.

BURNS, WALL AND MUELLER, P.C.
*[Original Signature on File at Counsel's Office]*

By /s/ Robert T. Cosgrove, #12217
  Robert T. Cosgrove    Atty. Reg. #12217
  303 E. 17th Ave., Suite 920
  Denver, CO 80203-1260
  Phone: 303-830-7000
  rcosgrove@bwsm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 16, 2021, the foregoing was electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Devon Michael Barclay                U.S. Trustee
Attorney for Debtor(s)               Via CM/ECF
Via CM/ECF


The undersigned certifies that on June 16, 2021, the foregoing was served via U.S. Mail, postage pre-paid, on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BNKR.P. And the L.B.R. At the following addresses:

Michael Edward Blandford
Lisa Paige Blandford
2659 S Lafayette Street
Denver, CO 80210

  /s/ Debra K. Ludwig
  Debra K. Ludwig
  Burns, Wall and Mueller, P.C.