# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-17916-TBM |
| | ) | |
| MICHAEL EDWARD BLANDFORD | ) | Chapter 7 |
| SSN: XXX-XX-7602 | ) | |
| | ) | |
| LISA PAIGE BLANDFORD | ) | |
| SSN: XXX-XX-9017 | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Robert D. Lantz, of Castle Lantz Maricle, LLC, hereby enters his appearance as counsel for Michael Edward Blandford and Lisa Paige Blandford (the "Debtors") and substitutes for Devon Barclay, PC.

Respectfully submitted this 20th day of July 2021.

| | |
|---|---|
| **Devon Barclay, PC** | **Castle Lantz Maricle, LLC** |
| 2435 Ingalls Street | 4100 E. Mississippi Ave., Ste 410 |
| Denver, CO 80214 | Denver, CO 80246 |
| | |
| */s/ Devon Barclay* | */s/ Robert D. Lantz* |
| Devon Barclay, Esq. # 52663 | Robert D. Lantz, Esq. #30825 |
| P: 720-515-9887 | P: 720-613-1380 |
| E: devon@devonbarclaypc.com | F: 720-613-1399 |
| E: devonbarclaypc@gmail.com | E: rlantz@clmatty.com |
| | *Counsel for Debtor's* |